IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:19-cr-268-TFM-B |
| | ) |
| KAYZELL JACKSON | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On September 29, 2021, the Defendant Kayzell Jackson, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts Two and Three of the Indictment (Doc. 1), both charging a violation of Title 18, United States Code, Section 1951(a), Interference with commerce by threats or violence. *See* Doc. 35. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 36. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts 2 and 3 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 6, 2022 at 9:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 18th day of October, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE